IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| DENISE GALGANO DBA SHEAR ENVY HAIR STUDIO and TASHINA DRAKEFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TD BANK, N.A.,<br><br>Defendant. | CASE NO.: 20-5623<br><br>CIVIL ACTION<br><br>**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Dear Counsel of Record:

PLEASE TAKE NOTICE that as soon thereafter may be heard, Wilentz Goldman & Spitzer, P.A., attorneys for the Plaintiffs, and its Co-Counsel shall move before this Court for an Order granting Preliminary Approval of a Class Action Settlement.

PLEASE TAKE FURTHER NOTICE that Plaintiffs shall rely upon the accompanying Brief and Declaration of Counsel in Support of the Motion. Further, the proposed Settlement Agreement and Release is attached as Exhibit 1 to the Declaration of Counsel.

PLEASE TAKE FURTHER NOTICE that Plaintiffs request oral argument.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is attached.

                                                **WILENTZ GOLDMAN & SPITZER, PA.**

Dated: October 24, 2022        By:   */s/ Stephen T. Sullivan, Jr.*
                                                     Stephen T. Sullivan, Jr.
                                                     John E. Keefe, Jr.
                                                     125 Half Mile Road, Suite 100
                                                     Red Bank, New Jersey 07701
                                                     (732) 855-6060
                                                     ssullivan@wilentz.com
                                                     jkeefe@wilentz.com