# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN DIVISION

| | |
|---|---|
| DENISE GALGANO DBA SHEAR ENVY HAIR STUDIO and TASHINA DRAKEFORD, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>TD BANK, N.A.,<br><br>   Defendant. | CASE NO.: 20-5623<br><br>CIVIL ACTION<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

TO: ALL COUNSEL ON ECF LIST

  PLEASE TAKE NOTICE that on July 19, 2023 at 10:00 a.m., pursuant to the Preliminary Approval Order, dated December 22, 2022, or as soon as the Court shall direct, the undersigned Co-Class Counsel for the Class Representatives shall move before the Hon. Karen M. Williams, U.S.D.J., Mitchell H. Cohen Bldg. and U.S. Courthouse, Room 1050, 4th & Cooper Streets, Camden, New Jersey 08101, for an Order granting Plaintiffs' Motion for Final Approval of Class Action Settlement, and granting such other relief in accordance with Fed R. Civ. P. 23 or as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, in support of this Motion, the Class Representatives and Class Counsel shall rely upon the attached Brief and supporting Certification(s) or Declaration(s).

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is attached.

PLEASE TAKE FURTHER NOTICE that the undersigned requests oral argument.

**WILENTZ GOLDMAN & SPITZER, PA.**

Dated: July 12, 2023     By:    */s/ Stephen T. Sullivan, Jr.*
Stephen T. Sullivan, Jr.
John E. Keefe, Jr.
125 Half Mile Road, Suite 100
Red Bank, New Jersey 07701
(732) 855-6060
ssullivan@wilentz.com
jkeefe@wilentz.com